```
                        United States Bankruptcy Court
                         Central District of California
```

In re:                                                          Case No. 12-47980-PC
Charles Peters                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: egarciaC            Page 1 of 3              Date Rcvd: Jan 15, 2013
                              Form ID: ndwr             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2013.
```
db           +Charles Peters,    6230 Wilshire #121,    Los Angeles, CA 90048-5199
smg           Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
32988931      BEAUMONT CHERRY VALLEY WATER DISTRICT,    560 MAGNOLIA AVENUE,    BEAUMONT CA 922232258
32988945    #+BERNARD LECKIE,    MESERVE MUMPER AND HUGHES LLP,    18400 VON KARMAN AVE 320,
               IRVINE CA 92612-1556
32988932     +CITY OF BEAUMONT,    550 EAST 6 STREET,    BEAUMONT CA 92223-2253
32988937     +CITY OF BEVERLY HILLS,    455 NORTH REXFORD DRIVE,    BEVERLY HILLS CA 90210-4817
32988936     +CITY OF LOS ANGELES,    200 NORTH SPRING ST,    LOS ANGELES CA 90012-3238
32988934     +CITY OF SANTA ANA,    20 CIVIC CENTER PLAZA M29,    SANTA ANA CA 92701-4076
32988933     +CITY OF SANTA MONICA,    1685 MAIN STREET,    SANTA MONICA CA 90401-3248
32988942     +GORDON MEYER,    GREENBRIER LP,    73160 IRON TREE DR,    PALM DESERT CA 92260-6901
32988929      INDY MAC BANK,    PO BOX 78826,    PHOENIX AZ 850628826
32988940      LADWP,    PO BOX 30808,    LOS ANGELES CA 90030-0808
32988922     +LOS ANGELES COUNTY TAX ASSESSORS OFFICE,    500 W TEMPLE ST ROOM 225,    LOS ANGELES CA 90012-2752
32988923     +LOS ANGELES FRANCHISE TAX BOARD,    300 SOUTH SPRING STREET 5704,    LOS ANGELES CA 90013-1265
32988941    #+MESERVE MUMPER AND HUGHES LLP,    18400 VON KARMEN AVE 320,    IRVINE CA 92612-1556
32988943      RIVERSIDE COUNTY,    PO BOX 12005,    RIVERSIDE CA 92502-2205
32988944     +SAN BERNARDINO COUNTY,    172 WEST 3RD STREET 1,    SAN BERNARDINO CA 92415-0320
32988938     +SOUTHERN CALIFORNIA EDISON,    1721 22ND STREET,    SANTA MONICA CA 90404-3920
32988939     +SOUTHERN CALIFORNIA GAS COMPANY,    PO BOX C,    MONTEREY PARK CA 91754-0932
32988924     +TREASURER TAX COLLECTOR,    500 W TEMPLE ST ROOM 225,    LOS ANGELES CA 90012-2752
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QJMRUND.COM Jan 16 2013 04:03:00      Jason M Rund (TR),    Sheridan & Rund,
               840 Apollo Street, Suite 351,    El Segundo, CA 90245-4762
smg           EDI: EDD.COM Jan 16 2013 04:03:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Jan 16 2013 04:03:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
               P.O. Box 2952,    Sacramento, CA  95812-2952
32988925     +EDI: AMEREXPR.COM Jan 16 2013 04:03:00      AMERICAN EXPRESS,    PO BOX 360001,
               FORT LAUDERDALE FL 33336-0001
32988928      EDI: CHASE.COM Jan 16 2013 04:03:00      CHASE BANK,    P O BOX 36520,    LOUISVILLE KY 402336520
32988935     +E-mail/Text: revenuehelp@newportbeachca.gov Jan 16 2013 04:59:32      CITY OF NEWPORT BEACH,
               3300 NEWPORT BLVD,    NEWPORT BEACH CA 92663-3884
32988930      EDI: USAA.COM Jan 16 2013 04:03:00      USAA,    10750 MCDERMOTT FREEWAY,
               SAN ANTONIO TX 782889876
32988926     +EDI: WFFC.COM Jan 16 2013 04:03:00      WELLS FARGO BANK,    420 MONTGOMERY STREET,
               SAN FRANCISCO CA 94104-1298
32988927     +EDI: WFFC.COM Jan 16 2013 04:03:00      WELLS FARGO CARD SERVICES,    PO BOX 30086,
               LOS ANGELES CA 90030-0086
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0973-2          User: egarciaC            Page 2 of 3              Date Rcvd: Jan 15, 2013
                              Form ID: ndwr             Total Noticed: 29

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0973-2          User: egarciaC            Page 3 of 3            Date Rcvd: Jan 15, 2013
                              Form ID: ndwr             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:

        Hatty K Yip    on behalf of U.S. Trustee  United States Trustee (LA) hatty.yip@usdoj.gov
        Jason M Rund (TR)    trustee@srlawyers.com,  jrund@ecf.epiqsystems.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

        TOTAL: 3

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE–FILING

**DEBTOR(S) INFORMATION:**
Charles Peters
**SSN:** xxx–xx–4728
**EIN:** N/A

6230 Wilshire #121
Los Angeles, CA 90048

**BANKRUPTCY NO.** 2:12–bk–47980–PC
**CHAPTER** 7

You are notified that an order was entered **DISMISSING** the above–captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

1 YEAR RESTRICTION IMPOSED.

Dated: January 15, 2013

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN–18

**25 / ELG**